UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                                    #22 Cr 009 (JFK)

        Crespo-Castelan

------------------------------X

The arraignment is set for January 11, 2022 at 11:15 a.m. in Courtroom 20-C.

The time between January 5, 2022 and January 11, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

1-6-22

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-22