UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
    U.S.A.

    -V-                                        #22 Cr 009 (JFK)

    Crespo-Castelan

------------------------------------X

The initial conference before Judge Keenan is set for January 24, 2022 at 11:30 a.m. in Courtroom 20-C. The time between January 19, 2022 and January 24, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

1-18-22

JOHN F. KEENAN
United States District Judge