UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
                 :
UNITED STATES OF AMERICA          :
                 :
        - v -                 :        22 Cr. 9 (JGK)
                  :
FIDENCIO CRESPO-CASTELAN,     :
                  :
               Defendant.  :
------------------------------------------------------ x

       **PLEASE TAKE NOTICE**, that based on the accompanying memorandum of law and the declaration attached thereto, the defendant herein, Fidencio Crespo-Castelan, will move this Court, before the Honorable John G. Keenan, United States District Judge for the Southern District of New York, at a time to be set by the Court, for an Order dismissing the indictment as it was obtained in violation of the Equal Protection Guarantee of the Fifth Amendment.

DATED:    New York, New York
              April 8, 2022

                                                    DAVID PATTON, ESQ.
                                                    Federal Defenders of New York, Inc.
                                                    Attorney for Defendant
                                                    FIDENCIO CRESPO-CASTELAN
                                                   52 Duane Street - 10th Floor
                                                    New York, New York 10007
                                                    Tel.: (212) 417-8737

                                                    MARTIN S. COHEN
                                                    *Of Counsel*

TO:    DAMIAN WILLIAMS
           United States Attorney
           Southern District of New York
           One. St. Andrew's Plaza
           New York, New York 10007
           Attn:   ANDREW JONES, ESQ.
                      Assistant United States Attorney