**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

MEMO ENDORSED

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 27, 2022

By ECF

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/22

Re:   *United States v. Fidencio Crespo Castelan*, 22 Cr. 9 (JFK)

Dear Judge Keenan:

I write on consent (Assistant U.S. Attorney Andrew Jones) to respectfully request that the Court extend the deadline for our reply brief to June 1, 2022. The brief is currently due today. The reason for the request is that because of a serious family issue – which I can elaborate on if necessary – I have largely been out of the office for the past several weeks. The next conference is currently scheduled for June 15, 2022 at 11:30 a.m., and time has been excluded through that date under the Speedy Trial Act.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

The Defendant's request is GRANTED.
The Defendant's reply brief is due
June 1, 2022.

**SO ORDERED.**

Dated: New York, New York
       May 27, 2022

John F. Keenan
United States District Judge