UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

        -V-                                    #22 Cr 009 (JFK)

        Crespo-Castelan

---------------------------------X

The conference is adjourned from June 15, 2022 to June 28, 2022 at 11:15 a.m. in Courtroom 20-C. The time between June 15, 2022 and June 28, 2022 is excluded.

                  SO ORDERED.

Dated:  New York, New York

        6-13-22               _____
                                        JOHN F. KEENAN
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-22