USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    U.S.A.

    -V-                               #22 Cr 009 (JFK)

    Crespo-Castelan

------------------------------X

The conference, set for June 28, 2022, has been rescheduled from 11:15 to 12:30 pm in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

6-24-22    /s/ John F. Keenan
_____
JOHN F. KEENAN
United States District Judge