UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 22-Cr-09 (SHS) |
| -v- | : | <u>ORDER</u> |
| FIDENCIO CRESPO-CASTELAN, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

This matter having been reassigned from Judge Keenan's docket to this Court on September 7, 2022,

IT IS HEREBY ORDERED that:

1. The defense sentencing submission is due on or before October 25, 2022;

2. The government sentencing submission is due on or before November 1, 2022; and

3. The sentencing will take place as scheduled on November 15, 2022, at 11:00 a.m. in Courtroom 23A.

Dated: New York, New York
September 14, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.