UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

FIDENCIO CRESPO-CASTELAN,

a/k/a "Angel Crespo,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER OF
JUDICIAL REMOVAL

Criminal Docket No. 22 CR 009

Upon the application of the United States of America, by Andrew Jones, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of FIDENCIO CRESPO-CASTELAN a/k/a "Angel Crespo," (the "defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Mexico and a citizen of Mexico.

3. The defendant was convicted on or about August 9, 2005, of the offense of the bringing in of illegal aliens, in the United States District Court for the District of Arizona, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i) and 1324(a)(2)(B)(iii). For this offense, he was sentenced to 15 months of confinement.

4. The defendant was previously ordered removed from the United States and was physically removed from the United States on May 12, 2006.

5. After having been removed from the United States, the defendant entered the United

States without being admitted or paroled, or at a time or place other than as designated by the Attorney General.

6. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in this Court for the offense of illegal reentry into the United States in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

7. A maximum sentence of 20 years imprisonment may be imposed for this offense.

8. The defendant is, and at the time of sentencing will be, subject to removal pursuant to section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA), as amended, 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General; and pursuant to Section 212(a)(9)(C)(i)(II) of the INA; 8 U.S.C. § 1182(a)(9)(C)(i)(II), as an alien who has been ordered removed under section 235(b)(1), section 240, or any other provision of law, and who enters or attempts to reenter the United States without being admitted.

9. The defendant has waived his right to notice and a hearing under section 238(c) of the INA, 8 U.S.C. § 1228(c).

10. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

THEREFORE, IT IS HEREBY ORDERED, pursuant to INA section 238(c), 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States to Mexico promptly upon his satisfaction of any sentence of imprisonment, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing.

Dated:   New York, New York
         November 15, 2022

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE