# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 16, 2022

*By ECF and e-mail*

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Fidencio Crespo-Castelan*, 22 Cr. 9 (JFK)

Dear Judge Stein:

    I write on consent (Assistant U.S. Attorney Andrew Jones) to respectfully request that the court direct the Pretrial Services office to release Mr. Crespo-Castelan's expired passport so that he can apply for a travel document from the Mexican Embassy.

    On November 15, 2022, the Court sentenced Mr. Crespo to a term of time served, with the expectation that he would be allowed to self-remove from the United States. ICE has, in fact, agreed to allow Mr. Crespo to do so, and accordingly, we are requesting the return of his passport to facilitate his removal.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Andrew Jones, Esq., by ECF and by e-mail

**Request granted.**

Dated: New York, New York
      November 16, 2022

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.